NUMBER 13-07-639-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


IN RE KIRK WAYNE McBRIDE, SR.


____________________________________________________________


On Petition for Writ of Mandamus

____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Garza and Vela


Per Curiam Memorandum Opinion (1)



 Relator, Kirk Wayne McBride, Sr., pro se, filed a petition for writ of mandamus in the
above cause on October 11, 2007. 

 The Court, having examined and fully considered the petition for writ of mandamus,
is of the opinion that relator has not shown himself entitled to the relief



sought. Accordingly, the petition for writ of mandamus is DENIED. See Tex. R. App. P.
52.8(a). 


 PER CURIAM


Memorandum Opinion delivered and filed

this 18th day of October, 2007.

 


 

1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).